1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE DISTRICT OF ARIZONA
8

| | | |
|---|---|---|
| United States of America, | ) | No. CR-11-02419-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | (1st request) |
| | ) | |
| | ) | |
| Alfonso Cortes Solinap, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon motion of the defendant and no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial Deadlines (Doc. 12) for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from February 7, 2012 at 9:00 a.m. to **April 3, 2012 at 9:00 a.m.** and continuing the pretrial motion deadline until March 2, 2012.

1    **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and

2  served in this matter, that they remain in effect and are answerable at the new trial date and

3  the party who served the subpoena should advise the witnesses of the trial date.

4    **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C.

5  §3161(h)(7)(A) and (B)(iv) will commence on <u>February 8, 2012</u> for a total of <u>56</u> days.

6    DATED this 9th day of January, 2012.

7

8  _____

                 Neil V. Wake

9            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28